FRANCES GAMBARDELLA

XCA-144731-1/mp
ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Secured Creditor
Hudson City Savings Bank
200 Sheffield Street, Suite 101
P.O. Box 1024
Mountainside, NJ  07092-0024
1-908-233-8500

|  |  |  |
|---|---|---|
|  | : | UNITED STATES BANKRUPTCY COURT |
|  | : | FOR THE DISTRICT OF NEW JERSEY |
| IN RE: | : |  |
|  | : | CHAPTER  7 |
| Elimelech S. Slomovits | : |  |
| Debtor | : | CASE NO.  14-24347-KCF |
|  | : |  |
|  | : | **NOTICE OF MOTION TO VACATE AUTOMATIC STAY** |
|  | : | **(RET:  September 23, 2014 @ 10:00am)** |
|  | : |  |

Elimelech S. Slomovits
33 Ford Ave
Lakewood, NJ 08701

Barry Frost, Esq.
Attorney for Debtor(s)
Teich Groh
691 State Highway 33
Trenton, NJ  08619-4407

Theodore Liscinski, Jr., Trustee
265 Davidson Avenue, Suite 200
Somerset, NJ  08873

SIRS:

PLEASE TAKE NOTICE that on September 23, 2014 @ 10:00am, or soon as counsel may be heard, the undersigned, attorneys for Hudson City Savings Bank, will move before the United States Bankruptcy Court, 402 East State Street, 4th Floor, Trenton, NJ 08608 for an Order Vacating the Automatic Stay, with respect to the debtor's property at 33 Ford Avenue, Lakewood, NJ  08701, and allowing Hudson City Savings Bank, to continue its foreclosure action, by reason of failure of the debtor to make the regular monthly mortgage payments outside of the Chapter 7 Plan, and

TAKE FURTHER NOTICE that the facts Hudson City Savings Bank relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion.

ZUCKER, GOLDBERG & ACKERMAN, LLC
Attorneys for Secured Creditor
Hudson City Savings Bank

**/s/ FRANCES GAMBARDELLA**
FRANCES GAMBARDELLA
FOR THE FIRM

DATED:  September 2, 2014

*This is an attempt to collect a debt.  Any information obtained will be used for that purpose*.