| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>FRANCES GAMBARDELLA<br><br>XCA 144731-1/mp<br>ZUCKER, GOLDBERG & ACKERMAN, LLC<br>Attorneys for Secured Creditor<br>Hudson City Savings Bank<br>200 Sheffield Street, Suite 101<br>P.O. Box 1024<br>Mountainside, NJ  07092-0024<br>1-908-233-8500 |
| In Re:<br><br>Elimelech S. Slomovits |

Case No.:  14-24347-KCF
Chapter:  7
Hearing Date:  September 23, 2014 @ 10:00am
Judge:  Kathryn Ferguson

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through two (2) this if more than two pages is hereby **ORDERED.**

Debtor(s): Elimelech S. Slomovits
Case No.: 14-24347-KCF
Caption of Order: **ORDER VACATING AUTOMATIC STAY**

Upon the motion of ZUCKER, GOLDBERG & ACKERMAN, LLC, attorneys for Secured Creditor, Hudson City Savings Bank, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for good cause shown, it is

ORDERED that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

  X   Real property more fully described as 33 Ford Avenue, Lakewood, NJ 08701

  ____   Personal property more fully described as:

It is further ORDERED that the Movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that further compliance with Federal Rule of Bankruptcy Procedure 3002.l be waived as to Movant in the instant bankruptcy case upon entry of an Order granting relief from the automatic stay of Section 362.

The Movant shall serve this order on the debtor, any trustee and other party who entered an appearance on the motion.