| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>FRANCES GAMBARDELLA<br><br>XCA 144731-1/mp<br>ZUCKER, GOLDBERG & ACKERMAN, LLC<br>Attorneys for Secured Creditor<br>Hudson City Savings Bank<br>200 Sheffield Street, Suite 101<br>P.O. Box 1024<br>Mountainside, NJ  07092-0024<br>1-908-233-8500 | |
| In Re:<br><br>Elimelech S. Slomovits | Case No.: 14-24347-KCF<br>Chapter:  7<br>Hearing Date:  September 23, 2014 @ 10:00am<br>Judge:  Kathryn Ferguson |

## CERTIFICATION OF SERVICE

1. I, Marina Paley:

    ☐  represent the Secured Creditor in the above-captioned matter.

    ☒  am the secretary/paralegal for Zucker, Goldberg & Ackerman, LLC who represent the Secured Creditor in the above captioned matter.

    ☐  am the _____ in the above case and am representing myself.

2. On September 2, 2014, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    MOTION, CERTIFICATION, PROPOSED ORDER

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED:  September 2, 2014

                                                                                        **/s/  Marina Paley**
                                                                                            Marina Paley

*This is an attempt to collect a debt.  Any information obtained will be used for that purpose.*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Barry Frost, Esq.<br>Teich Groh<br>691 State Highway 33<br>Trenton, NJ  08619-4407 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Theodore Liscinski, Jr.<br>265 Davidson Avenue, Suite 200<br>Somerset, NJ  08873 | Chapter 7 Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Elimelech S. Slomovits<br>33 Ford Ave<br>Lakewood, NJ 08701 | Debtor/Mortgagor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
|  | Debtor/Mortgagor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

*May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

FRAN GAMBARDELLA
FG 3799