| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Sirlin Lesser & Benson, P.C.<br>Dana S. Plon, Esquire (#8741)<br>123 South Broad Street, Suite 2100<br>Philadelphia, PA  19109<br>(215) 864-9700<br>dplon@sirlinlaw.com<br>Attorney for Aharon Kirshenbaum | |
| In re:<br><br>    ELIMELECH S. SLOMOVITS<br>            Debtor | Case No. 14-24347-KCF<br><br>Judge Kathryn C. Ferguson<br><br>Chapter 7 |

**ENTRY OF APPEARANCE**
**AND REQUEST FOR NOTICES**

      Dana S. Plon, Esquire, hereby enters her appearance for Ahron Kirshenbaum, and in accordance with Federal Rule of Bankruptcy Procedure 2002(i), respectfully requests that all notices, pleadings and other papers filed in the above captioned proceeding be served upon her at the following address:

                    Dana S. Plon, Esquire
                    Identification No. 8741
                  Sirlin Lesser & Benson, P.C.
          123 South Broad Street, Suite 2100
                 Philadelphia, PA  19109
                    dplon@sirlinlaw.com

                                  */s/ Dana S. Plon*
                            DANA S. PLON
                        Attorney for Creditor,
                        Ahron Kirshenbaum

November 17, 2014