

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

GORSKI & KNOWLTON, PC
691 State Highway 33
Trenton, New Jersey 08619
(609) 890-1500
Barry W. Frost, Esquire
Attorneys for Debtor

In Re:

Elimelech S. Slomovits,

            Debtor

Order Filed on November 19, 2014
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

Case No.: 14-24347-KCF

Hearing Date: Nov. 18, 2014 @ 10:00 a.m.

Judge: Kathryn C. Ferguson

## ORDER GRANTING MOTION TO CONVERT CASE
## FROM CHAPTER 7 TO CHAPTER 13 PROCEEDING

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

DATED: November 19, 2014

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor: Elimelech S. Slomovits
Case No: 14-24347-KCF
Caption of Order: Order Granting Motion to Convert Case from Chapter 7 to Chapter 13 proceeding

---

This matter having come before the Court, Barry W. Frost, Esquire, appearing on behalf of the Debtor, Elimelech S. Slomovits, and notice having been generated to all creditors, and the Court having reviewed the moving papers and having heard argument of counsel, and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. The above captioned case is hereby converted from a Chapter 7 to a Chapter 13 proceeding.

2. The Debtor shall file a Chapter 13 Plan and an Amended Schedules I and J within ten (10) days of the date of this Order.